In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-035 CV


____________________



GROENDYKE TRANSPORT, INC., Appellant



V.



JUAN ALDABA, MARIA ALDABA, AND RICARDO ALDABA, Appellees






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-175,918






 MEMORANDUM OPINION


 The appellant, Groendyke Transport, Inc., filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered February 28, 2008

Before Gaultney, Kreger, and Horton, JJ